FILED

Reset Form

2025 OCT 16 AM 9:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: KM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>Dedrick Deshon Jordan<br>DEFENDANT(S) | CASE NUMBER<br>MJ 25-06419<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: A WARRANT
in the Eastern District of Missouri on 10-16-25
at 0500 ☒ a.m / ☐ p.m. The offense was allegedly committed on or about
in violation of Title 18 U.S.C., Section(s) 3146
to wit: Bond Violation

A warrant for defendant's arrest was issued by: Judge: Bonnie L. White

Bond of $ ________ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct

Executed on 10-16-25
Date

[signature]
Signature of Agent

R. Luna #31858
Print Name of Agent

USMS
Agency

Deputy U.S Marshal
Title