Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2025 OCT 16 AM 9:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: KM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br>v.<br>Dedrick Deshon Jordan<br>USMS# 36171-510 DEFENDANT | CASE NUMBER:<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

MJ 25-06419

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 10/16/25 at 8 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on ____ at 8:00 ☒ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   18 USC 3146
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ____
7. Year of Birth: 1988
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ____ Phone Number: ____
9. Name of Pretrial Services Officer notified: Duty officer
10. Remarks (if any): subject refused to initially exit his premises (20 yr. sentence)
11. Name: R. LUNA (please print)
12. Office Phone Number: 505-681-5972
13. Agency: USMS
14. Signature: [signature]
15. Date: 10-16-25