FILED

**RECEIVED**
*By US Marshals Service at 4:42 pm, May 08, 2024*

PS 10
(2/12 ED/MO)

# United States District Court

2025 OCT 16 AM 9:42

for

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**Eastern District of Missouri - St. Louis**

BY: KM

U.S.A. vs Dedrick Deshon Jordan Docket No. 4:21CR00013-RLW-3

MJ 25-06419

TO:[1] ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

| **WARRANT FOR ARREST OF DEFENDANT** | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. | | | |
| NAME OF DEFENDANT<br>Dedrick Deshon Jordan<br><br>DOB: [redacted]/1988 [redacted] | SEX<br>Male | RACE<br>Black or African American | AGE<br>35 |
| ADDRESS (STREET, CITY,STATE)<br>[redacted] | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Judge Ronnie L. White<br>Thomas F. Eagleton U.S. Courthouse<br>111 S. 10th Street<br>St. Louis, MO 63102 | | | |

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Nathan M. Graves<br>Eastern District of Missouri - St. Louis | /s/ JKL | 5/8/2024 |

| **RETURN** | | |
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for Eastern District of Missouri;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."